**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | | |
|---|---|---|
| **HOMEVESTORS OF AMERICA, INC.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:17-cv-0294-GLR |
| **THOMASVILLE HOMES, LLC,** and **THOMAS NEIDERT,** | § § § § | |
| Defendants. | § § § | |

### STIPULATED INJUNCTION AND AGREED FINAL JUDGMENT

On April 10, 2017, Plaintiff HomeVestors of America, Inc. ("Plaintiff") and Defendants Thomasville Homes, LLC and Thomas Neidert ("Defendants") (together with HomeVestors, the "Parties") notified the Court that they have reached a confidential settlement of all claims and causes of action in this proceeding. In connection with the Parties' settlement, the Parties jointly requested the Court enter an Agreed Final Judgment finally resolving all claims and causes of action in this proceeding. By entering this Agreed Final Judgment, the Court is not finding either party liable for any claim asserted in the lawsuit. Having considered the Parties' request, the Court is of the opinion that the Parties' Agreed Final Judgment shall be entered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

Defendants and their agents, vendors, affiliates, employees, successors, assigns, and persons acting under their direction or in active concert or participation with them are permanently enjoined from the following activities in connection with any home buying, selling, or other franchising, financial, or real-estate-related services:

1. Using the HomeVestors Marks, as identified in Exhibit "A," or any marks substantially similar thereto;

2. Using the terms "Ugly House(s)," "Ugly Home(s)," "ugly or not," and "ugly" within five words of "home(s)" or "house(s)" in connection with their real estate and real estate related services and in advertising of all forms, including, but not limited to Internet and keyword advertising; and

3. Actively bidding on any of the following keyword phrases, as "exact match," "broad match," or "phrase match" search terms in any of their keyword advertising campaigns: "we buy ugly houses," "we buy ugly homes," "HomeVestors," "ugly or not," "ugly" within five words of "home(s)" or "house(s)," "Ugly House(s)," and "Ugly Home(s)."

**IT IS FURTHER ORDERED** that Defendants and their agents, vendors, affiliates, employees, successors, assigns, and persons acting under their direction or in active concert or participation with them shall list the terms "we buy ugly houses," "we buy ugly homes," "HomeVestors," "ugly or not," "Ugly House(s)," and "Ugly Home(s)" as negative keywords in all current and future keyword ad accounts and campaigns.

**IT IS FURTHER ORDERED** that the parties are responsible for their own attorneys' fees and costs of court.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all relief not expressly granted herein is hereby denied.

Signed and entered this ____ day of March, 2017.

_____
United States District Judge

SO AGREED:

**ROYER COOPER COHEN BRAUNFELD LLC**

*/s/ Michael B. Goldberg*
Michael B. Goldberg
Federal Bar No. 17843
mgoldberg@rccblaw.com
101 West Elm St., Suite 400
Conshohocken, PA 19428
Tel: 484-532-3302
Fax: 484-362-2630
**COUNSEL FOR PLAINTIFF**

-and-

**OFFIT KURMAN, P.A.**

*/s/ Brian A. Loffredo*
Brian A. Loffredo
Federal Bar No. 15508
bloffredo@offitkurman.com
8171 Maple Lawn Blvd., Suite 200
Maple Lawn, MD 20759
Tel: 301-575-0345
Fax: 301-575-0335
**COUNSEL FOR DEFENDANTS**

**EXHIBIT A**

a. WE BUY UGLY HOUSES® & Design (Reg. No. 2,761,385);
b. WE BUY UGLY HOUSES® (Reg. No. 3,099,814);
c. COMPRAMOS CASAS FEAS® (Reg. No. 2,988,337);
d. COMPRAMOS CASAS FEAS® (Reg. No. 2,982,363);
e. WE BUY UGLY HOUSES® (Reg. No. 2,999,705);
f. WE BUY UGLY HOUSES AND MAKE THEM NICE AGAIN® & Design (Reg. No. 2,827,136);
g. UGLY'S OK® Stylized (Reg. NO. 2,797,429);
h. UGLY'S OK® (Reg. No. 2,794,480);
i. WE SELL LUVLY HOUSES.COM® (Reg. No. 3,658,442);
j. THE UGLIEST HOUSE OF THE YEAR® (Reg. No. 3,641,362);
k. THE UGLIEST HOUSE OF THE YEAR® & Design (Reg. No. 3,641,361);
l. THE GOOD, THE BAD AND THE UGLY® (Reg. No. 3,350,752);
m. WE BUY THE GOOD, THE BAD AND THE UGLY® (Reg. No. 3,307,918);
n. SOLUTIONS FOR UGLY SITUATIONS® (Reg. No. 3,188,593);
o. SOLUTIONS FOR UGLY SITUATIONS® (Reg. No. 3,185,390);
p. UG BUYS UGLY HOUSES® (Reg. No. 2,999,978);
q. UG BUYS UGLY HOUSES® (Reg. No. 2,935,916);
r. UGLY HOUSE? (Registration No. 5,172,916).